FILED

2007 OCT 19  AM 11:17

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury    '07 CR 2916    JAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting; Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| RAMON MACIAS-COLMENARES (1), DEBRA MIKA (2), BEATRICE ARANA (3), | |
| Defendants. | |

The grand jury charges:

Count 1

On or about October 8, 2007, within the Southern District of California, defendants RAMON MACIAS-COLMENARES, DEBRA MIKA and BEATRICE ARANA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Joana Elizabeth Vazquez-Quesada, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

DDL:fer:Imperial
10/18/07

Count 2

On or about October 8, 2007, within the Southern District of California, defendants RAMON MACIAS-COLMENARES, DEBRA MIKA and BEATRICE ARANA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Joana Elizabeth Vazquez-Quesada, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about October 8, 2007, within the Southern District of California, defendants RAMON MACIAS-COLMENARES, DEBRA MIKA and BEATRICE ARANA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Hugo Romero-Lopez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 4

On or about October 8, 2007, within the Southern District of California, defendants RAMON MACIAS-COLMENARES, DEBRA MIKA and BEATRICE ARANA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Hugo Romero-Lopez, had come to, entered and remained in the United States in violation of law, did transport and move said

1  alien within the United States in furtherance of such violation of
2  law; in violation of Title 8, United States Code,
3  Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 5

On or about October 8, 2007, within the Southern District of California, defendants RAMON MACIAS-COLMENARES, DEBRA MIKA and BEATRICE ARANA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Aristedes Martinez-Ardon, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 6

On or about October 8, 2007, within the Southern District of California, defendants RAMON MACIAS-COLMENARES, DEBRA MIKA and BEATRICE ARANA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Aristedes Martinez-Ardon, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

//
//
//
//

Count 7

On or about October 8, 2007, within the Southern District of California, defendant RAMON MACIAS-COLMENARES, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b). It is further alleged that defendant RAMON MACIAS-COLMENARES, was removed from the United States subsequent to August 21, 2003.

DATED: October 19, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DAVID D. LESHNER
Assistant U.S. Attorney