SCOTT PACTOR
California State Bar No. 216629
110 W. C st. Ste. 2108
San Diego, CA. 92101
Phone 619 260 2636
Fax 619 260 0058
Email scottpactor@yahoo.com

*Attorney for Defendant Debra Mika*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JOHN A. HOUSTON**)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>    vs.<br><br>Debra Mika,<br><br>            Defendant | ) Date: November 16th, 2007<br>) Time: 8: 30 A.M.<br>) Case No.: 06cr2607-JM<br>)<br>) **Notice of Motion and Motion for**<br>) **Discovery; To File Further**<br>) **Motions**<br>) |

**TO:   Carol Lam, United States Attorney for the District of Arizona and Carlos Arguello, Assistant United States Attorney**

Please be advised that on November 16th, Ms. Mika, by and through counsel will ask the court to issue an order granting the motions listed below.

//

//

1

## **Motions**

The accused, Debra Mika, by and through her attorney, Scott Pactor, hereby files the attached motions based on the facts and law related to this case. They are as follows:

1. Motion for Discovery

**2.** Leave to File Further Motions

Ms. Mika's motion is based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and the Constitution of the United States of America that may come to the Court's attention at the time of the hearings on these motions.

Dated this 10th of November 2007

/s Scott Pactor

Scott Pactor
Attorney for
Debra Mika

//
//
//
//
//
//
//
//

SCOTT PACTOR
California State Bar No. 216629
110 W "C" St. ste. 2108
San Diego, CA. 92101
Phone 619 260 2636
Fax 619 260 0058
*Attorney for Defendant Debra Mika*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JOHN A HOUSTON**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | Date: November 16th, 2007 |
| vs. ) | Time: 8:30 AM |
| Debra Mika, ) | Case No: 07cr2916- JAH |
| Defendant ) | **MEMORANDUM OF POINTS AND AUTHORITIES** |

I.

**STATEMENT OF FACTS**

Ms. Mika was indicted on Oct 19th, 2007 for bringing in and transporting illegal alien as well as aiding and abetting the the bringing in and transportation of illegal aliens.

Ms. Mika is and eighteen year old student with no prior record of criminal activity in any form.

**II.**

**MOTION TO COMPEL THE PRODUCTION OF DISCOVERY**

Ms. Mika makes the following discovery motion pursuant to Rule 12(b)(4) and Rule 16. This request is not limited to those items that the prosecutor has actual knowledge of, but rather

3

includes all discovery listed below that is "in the possession, custody, or control of any federal agency participating in the same investigation of the defendant." United States v. Bryan, 868 F. 2d 1032, 1036(9th Cir.); *cert. denied* 493 U.S. 858(1989).

1.   Ms. Mika's Statements.  The government must disclose: (1) copies of any written or recorded statements made by Ms. Mika; (2) copies of any written record containing the substance of any statements made by Ms. Mika in response to interrogation by a known government agent; and (3) the substance of any statements made by Ms. Mika which the government intends to use, for any purpose, at trial. *See* Fed. R. Crim. P. 16(a)(1)(A).

2.   Ms. Mika's Prior Record. Ms. Mika requests disclosure of her prior record. *See* Fed. R. Crim. P. 16(a)(1)(B).

3.   Documents and Tangible Objects.  Ms. Mika requests the opportunity to inspect, copy, and photograph all documents and tangible objects which are material to the defense or intended for use in the government's case-in-chief or were obtained from or belong to her. *See* Fed. R. Crim. P. 16(a)(1)(C).

4.   Reports of Scientific Tests or Examinations. Ms. Mika requests the reports of all tests and examinations which are material to the preparation of the defense or are intended for use by the government at trial. *See* Fed. R. Crim. P. 16(a)(1)(D).  Ms. Mika  requests any fingerprint analyses which may have been produced.

5.  **Expert Witnesses**. Ms. Mika requests the name and qualifications of any person that the government intends to call as an expert witness. *See* Fed. R. Crim. P. 16(a)(1)(E). In addition, Ms. Mika requests written summaries describing the bases and reasons for the expert's opinion. *See* id. This request specifically includes any fingerprint experts.

6.  *Brady* Material. Ms. Mika requests all documents, statements, agents' reports, and tangible evidence favorable to the defendant on the issue of guilt or punishment. *See* Brady v. Maryland, 373 U.S. 83 (1963). Impeachment evidence falls within the definition of evidence favorable to the accused, and therefore Ms. Mika requests disclosure of any impeachment evidence concerning any of the government's potential witnesses, including prior convictions and other evidence of criminal conduct. *See* United States v. Bagley, 473 U.S. 667 (1985); United States v. Agurs, 427 U.S. 97 (1976). In addition, Ms Mika requests any evidence tending to show that a prospective government witness:

  (i)   Is biased or prejudiced against the defendant;
  (ii)  Has a motive to falsify or distort his or her testimony;
  (iii) Is unable to perceive, remember, communicate, or tell the truth; or
  (iv)  Has used narcotics or other controlled substances, or has been an alcoholic.

5

7. <u>Request for Preservation of Evidence</u>. Ms. Mika specifically requests the preservation of all physical or documentary evidence that may be destroyed, lost, or otherwise put out of the possession, custody or care of the government and which relate to the arrest or the events leading to the arrest in this case.

8. <u>Any Proposed 404(b) Evidence</u>. "[U]pon request of the accused, the prosecution… shall provide reasonable notice in advance of trial… of the general nature" of any evidence the government proposes to introduce under Rule 404(b). Fed. R. Evid. 404(b). Ms. Mika request such notice two weeks before trial in order to allow for adequate trial preparation.

9. <u>Jencks Act Material</u>. Ms. Mika request production in advance of trial all material discoverable pursuant to the Jencks Act, 18 U.S.C. sec. 3500.  Advance production will avoid needless delays at pretrial hearings and at trial.  This request includes any rough notes taken by the agents in this case; these notes must be produced pursuant to 18 U.S.C. sec. 3500(e)(1).  This request also includes production of transcripts of the testimony of any witness before the grand jury. *See* 18 U.S.C. sec. 3500(e)(3). Jencks statements must be produced at a suppression hearing. *See* Fed. R. Crim. P. 12(i) and 26.2(g). Ms. Mika

       requests production of such material before any suppression hearing in order to avoid delay at the hearing.

10. <u>Residual Request</u>. Ms. Mika intends this discovery motion to invoke her rights to discovery to the fullest extent possible under the Federal Rules of Criminal Procedure and the Constitution and laws of the United States. Ms. Mika requests that the government provide her and her attorney with the above requested material sufficiently in advance of trial.

12. <u>Government Examination of Law Enforcement Personnel Files</u>. Ms. Mika requests that the Government review the personnel files of any testifying law enforcement officers for evidence of perjuries misconduct of complaints of dishonest pursuant to <u>United States v. Henthorn</u>, 931 F. 2d 29(1991).  Ms. Mika specifically notes that the identifying information of the police officers who investigated the bank robbery in this case have been "blacked out" from discovery defense counsel has received.

7

### III.

**THE COURT SHOULD GRANT LEAVE TO FILE FURTHER MOTIONS**

Ms. Mika is in receipt of the Government's offer regarding disposition in this case. Should Ms. Mika fail to reach a disposition, he would want to file substantive motions.

### IV.

**REQUEST FOR ORDER SHORTENING TIME**

Ms. Mika has attached an order shortening time, and would request that it would granted in light of the disruptions caused by the fire in the schedule of counsel. Counsel has conferred with the Assistant United States Attorney in this case and does not believe that he would have any objection to this request.

### V.

**CONCLUSION**

For the foregoing reasons, Ms. Mika respectfully requests that the Court order the government to produce discovery and preserve evidence and grant leave to file further motions.

Respectfully Submitted,

/s Scott Pactor

Dated: November 10th, 2007    Scott Pactor
*Attorney for*
*Debra Mika*

SCOTT PACTOR
California State Bar No. 216629
110 W. C st. Ste. 2108
San Diego, CA. 92101
Phone 619 260 2636
Fax 619 260 0058
Email scottpactor@yahoo.com

*Attorney for Defendant Debra Mika*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Date: November 16th, 2007 |
| | ) Time: 8: 30 A.M. |
| Plaintiff, | ) Case No.: 06cr2607-JM |
| vs. | ) |
| | ) **ORDER SHORTENING TIME** |
| Debra Mika, | ) |
| | ) |
| Defendant | ) |
| | ) |

For good cause shown, an order shortening the time required to file motion for discovery is hereby issued and Counsel shall be allowed to file this Motion on Monday, November 12th.

IT IS SO ORDERED

Dated:  _____

Hon. Judge John A. Houston

9

**CERTIFICATE OF SERVICE**

I, Scott Pactor, hereby certify to the best of my information and belief that by having e-filed the "MOTION FOR DISCOVERY" I have caused a copy of each to have been served via electronic mail upon the following:

Carlos Arguello- carlos.arguello@usdoj.gov,
efile.dkt.nes@usdoj.gov

DATED: 11/11/7

                                    Respectfully Submitted,

                                    /s Scott Pactor
                                    Scott Pactor
                                    Attorney for
                                    Debra Mika