SCHROTH & SCHROTH
ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521
Facsimile:  (619) 233-4516

Attorney for Material Witnesses, Joana Elizabeth Vasquez-Quesada, Hugo Romero-Lopez, and Jose Aristedes Martinez-Ardon.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Peter C. Lewis)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>Ramon Macias-Colmenares,<br><br>              Defendant. | Criminal Case No.:     07 CR 2916<br>Magistrate Case No.:   07 MJ 08841-PCL<br><br>**MOTION FOR MATERIAL WITNESS VIDEOTAPED DEPOSITION**<br><br>Date:    December 4, 2007<br>Time:    1:30 pm<br>Judge:   Hon. Peter C. Lewis |

**TO UNITED STATES ATTORNEY CAROL C. LAM, ASSISTANT UNITED STATES ATTORNEY JOHN F. WEIS; TO ATTORNEY FOR DEFENDANT, RAMON MACIAS COLMENARES, FREDRICK MATTHEW CARROLL; DEBRA MIKA, SCOTT PACTOR; BEATRICE ARANA, DONALD A NUNN;**

NOTICE IS HEREBY GIVEN that on December 4, 2007, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the courtroom of Honorable Judge Peter C. Lewis of this court, located at 2003 W. Adams Ave, Ste 220, El Centro, California 92243, Material Witnesses, Joana Elizabeth Vasquez-Quesada, Hugo Romero-Lopez, and Jose Aristedes

1  Matrinez-Ardon by and through their attorney of record, Robert E. Schroth, Jr., will move the

2  court for an order authorizing the videotaped depositions of all three material witnesses.

3       The motion will be made on the ground that there is good cause for the order requested

4  in that the material witnesses know of no sureties in this country who will bond them out of

5  U.S. Marshall's custody, where they are being held at the ICJ detention facility located in El

6  Centro, California during the pendency of this matter. Neither the interests of justice nor the

7  convenience of the parties and witnesses will be served by requiring the material witnesses to

8  remain in the ICJ until the matter is concluded.

DATED: November 19, 2007           **SCHROTH & SCHROTH**

                                                   By:   s/ Robert E. Schroth, Jr.
                                                           ROBERT E. SCHROTH, JR,
                                                           Attorney for Material Witnesses

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28