```
 1  KAREN P. HEWITT
    United States Attorney
 2  CARLOS ARGUELLO
    Assistant United States Attorney
 3  California State Bar No. 157162
    United States Attorney's Office
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101
    Telephone: (619) 557-6252
 6  Facsimile:  (619) 235-2757

 7  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 8
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Criminal Case No.  07cr2916JAH |
|                                                                 ) | |
|                                  Plaintiff,              ) | |
|                                                                 ) | **STIPULATION FOR RELEASE OF** |
|               v.                                          ) | **MATERIAL WITNESSES & ORDER** |
|                                                                 ) | |
| RAMON MACIAS-COLMENARES, et. al., ) | |
|                                                                 ) | |
|                                  Defendants.          ) | |
|                                                                 ) | |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Carlos Arguello, Assistant United States Attorney, and defendants Ramon Macias-Colmenares, Debra Mika, and Beatrice Arana, by and through and with the advice and consent of their respective defense counsel, Frederick Carroll, Scott Pactor and Donald Nunn, that:

1. The material witnesses in this case:

    Joana Elizabeth Vazquez-Quesada

    Hugo Romero-Lopez

    Jose Aristedes Martinez-Ardon

may be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

///

It is STIPULATED AND AGREED this date.

                                                Respectfully submitted,

                                                KAREN P. HEWITT  
                                                United States Attorney

Dated: December 19, 2007          s/Carlos Arguello  
                                                _____  
                                                CARLOS ARGUELLO  
                                                Assistant United States Attorney

Dated: December 19, 2007          s/Frederick Carroll  
                                                _____  
                                                FREDERICK CARROLL  
                                                Defense Counsel for Ramon Macias-Colmenares

Dated: December 19, 2007          s/Scott Pactor  
                                                _____  
                                                SCOTT PACTOR  
                                                Defense Counsel for Debra Mika

Dated: December 19, 2007          s/Donald Nunn  
                                                _____  
                                                DONALD NUNN  
                                                Defense Counsel for Beatrice Arana

_____

### O R D E R

Upon joint application and motion of the parties, and for good cause shown,

**IT IS ORDERED** that the above-named material witnesses be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: _____.                   _____  
                                             HONORABLE PETER C. LEWIS  
                                             United States Magistrate Judge