UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr2916JAH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER RELEASING MATERIAL** |
| v. | ) | **WITNESSES** |
| | ) | |
| RAMON MACIAS-COLMENARES, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Upon joint application and motion of the parties, and for good cause shown,

**IT IS ORDERED** that the following material witnesses be released and remanded forthwith to the Department of Homeland Security for return to their country of origin:

    Joana Elizabeth Vazquez-Quesada

    Hugo Romero-Lopez

    Jose Aristedes Martinez-Ardon

**SO ORDERED.**

DATED: December 31, 2007

                                                    JOHN A. HOUSTON
                                                  United States District Judge