UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>)<br>RAMON MACIAS - COLMENARES, )<br>)<br>Defendant(s) et al )<br>_____ ) | CRIMINAL NO. 07CR2916-JAH<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / <u>Order of Court</u>).

JOANA ELIZABETH VAZQUEZ - QUESADA

DATED: 1/2/08

JOHN A. HOUSTON

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
          DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by /s/ [signature]

Deputy Clerk