1  ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
   2044 First Avenue, Suite 200
2  San Diego, California 92101
   Telephone: (619) 233-7521
3  Facsimile:  (619) 233-4516

4  Attorney for Material Witness, Jose Aristedes Martinez-Ardon

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No.: 07CR2916JAH |
| --- | --- |
| Plaintiff, | ) Magistrate Case No: 07MJ8841PCL |
| vs. | ) Order to Exonerate the Appearance Bond for the Material Witness and Disburse the Bond Funds |
| Ramon Macias-Colmenares, | ) |
| Defendant. | ) |

### ORDER

IT IS ORDERED that the personal surety bond for $5,000, which secured the presence of material witness Jose Aristedes Martinez-Ardon is exonerated.

IT IS FURTHER ORDERED that the Clerk of the District Court shall release and disburse the $500 held in the Registry of the Court to the surety:

**Carlos Humberto Ardon**
**1308 Stone Creek Dr.**
**Mansfield, TX 76063**

Dated: January 28, 2008          _____
                                 U. S. Magistrate Judge

- 1 -

Order to Exonerate the Appearance Bond for the Material Witness