# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 07CR2916 JAH |
| Plaintiff, | ORDER |
| v. | |
| DEBRA MIKA, | |
| Defendant. | |

IT IS ORDERED that Defendant Mika's sentencing is continued to November 17, 2008 at 10:30 a.m.

IT IS FURTHERED ORDERED that Defendant Mika shall submit a status report, no later than November 7, 2008 concerning her post-plea rehabilitative efforts.

DATED: April 1, 2008

JOHN A. HOUSTON
United States District Judge

07cr2916